**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

Case No.:

PRESIDIO NETWORKED SOLUTIONS, LLC

    Plaintiff,

v.

VITAL PHARMACEUTICALS, INC.,
D/B/A BANG ENERGY

    Defendant.

_____/

## COMPLAINT

Plaintiff, Presidio Networked Solutions, LLC, a Florida limited liability company ("Presidio") sues Defendant, Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Defendant"), and alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Presidio is a Florida limited liability company whose sole member is Presidio, LLC, a Georgia limited liability company. In turn, Presidio LLC's sole member is Presidio IS LLC, a Delaware limited liability company. Presidio IS LLC's sole member is Presidio Holdings, Inc., a Delaware corporation with its principal place of business in New York. As such, for diversity purposes, Presidio is a citizen of Delaware and New York.

2. Defendant is a Florida corporation with a principal place of business in Weston, Broward County, Florida. As such, for diversity purposes, Defendant is a citizen of Florida.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship between Presidio and Defendant and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue of this action is proper in the Southern District of Florida, Fort Lauderdale Division, in that, among other things, Defendant has a principal place of business in Broward County, Florida, and the contract at issue contains a venue provision designating that any dispute relating to the contract shall be brought in a court of competent jurisdiction in the state or federal courts of Broward County, Florida as the exclusive venue for all such disputes.

5. All conditions precedent to the maintenance of the causes of action alleged herein have been complied with, have occurred in fact or by operation of law, or have been waived.

## **GENERAL ALLEGATIONS**

6. Presidio is a leading IT solutions provider that provides digital infrastructure, business analytics, cloud services, and IT security services to businesses in over 150 countries.

7. Defendant is a nutritional supplement company that manufactures and sells a variety of supplements, sports beverages, and related merchandise.

8. On January 22, 2020, Presidio entered into a Master Services Agreement ("Agreement") with Presidio pursuant to which Presidio agreed to provide Defendant with certain IT networking services, hardware, and licenses, as fully set forth on certain statements of work agreed to by the parties. A copy of the Agreement is attached as Exhibit "A."

9. Pursuant to the Agreement Defendant agreed to make payment within thirty (30) days from the date of invoice or such shorter time period set forth in a statement of work.

10. Between January 2020 and May 2020, Presidio performed site assessments, provided and installed IT and networking related hardware, and performed IT related installation and networking services for Defendant pursuant to the Agreement.

11. During this time period, Presidio issued to Defendant nine (9) invoices (the "Invoices") between January 29, 2020 and May 14, 2020 for the hardware and services it provided, which Invoices totaled 1,473,642.07. Copies of the Invoices are attached as Composite Exhibit "B."

12. Presidio has complied with all obligations required under the Agreement, and provided to Defendant all of the hardware and services Defendant requested.

13. However, Defendant has failed and/or refused to pay the Invoices. As a result, Presidio has been damaged.

## COUNT I – BREACH OF CONTRACT

14. Presidio re-alleges and incorporates by reference paragraphs 1 through 13, above, as if set forth fully herein.

15. The Agreement is a valid and binding contract.

16. Presidio fully performed its obligations under the Agreement.

17. Defendant breached the Agreement by failing to pay Presidio the amounts due in the Invoices.

18. As a direct and proximate result of Defendant's breach of the Agreement, Presidio has suffered and will continue to suffer damages.

WHEREFORE, Presidio respectfully demands judgment against Defendant for damages together with late fees, prejudgment interest, and costs, and for such other and further relief as the Court deems just and proper.

## COUNT II – ACCOUNT STATED

19. Presidio re-alleges and incorporates by reference paragraphs 1 through 13, above, as if set forth fully herein.

20. This is an action for account stated.

21. The Agreement is a valid and binding contract.

22. As a result of the hardware and services Presidio provided to Defendant under the Agreement, Presidio issued the Invoices to Defendant.

23. Defendant failed to object to these Invoices in a reasonable time. Instead, Defendant continually assured Presidio that such invoices were either being processed or validated for payment, or that they had been approved for payment.

24. Defendant has failed to pay the Invoices, and owes Presidio $1,473,642.07, as set forth therein, plus interest on this account.

WHEREFORE, Presidio respectfully demands judgment against Defendant for damages together with late fees, prejudgment interest, and costs, and for such other and further relief as the Court deems just and proper.

## COUNT III – UNJUST ENRICHMENT

25. Presidio re-alleges and incorporates by reference paragraphs 1 through 7 and 10 and 11, above, as if set forth fully herein.

26. This is an action for unjust enrichment against Defendant.

27. As set forth in detail above, Presidio has conferred a benefit on Defendant by providing IT and networking related hardware, licenses, and services to Defendant.

28. Defendant voluntarily accepted and retained the benefits conferred upon it by Presidio, and has failed to pay Presidio for such goods and services.

29.     Presidio does not have an adequate remedy at law, and the circumstances are such that it would be inequitable for Defendant to retain the benefit conferred upon it.

WHEREFORE, Presidio respectfully demands judgment against Defendant for damages together with late fees, prejudgment interest, and costs, and for such other and further relief as the Court deems just and proper.

Dated this 15th day of February, 2021.

**SMITH, GAMBRELL & RUSSELL, LLP**

*/s/ Alan S. Wachs*
ALAN S. WACHS
Florida Bar No.: 980160
awachs@sgrlaw.com
tgreene@sgrlaw.com
dhsmith@sgrlaw.com
JONATHON D. PRESSLEY
Florida Bar No. 84579
jpressley@sgrlaw.com
asalane@sgrlaw.com
NICOLE L. KALKINES
Florida Bar No. 1003293
nkalkines@sgrlaw.com
aarrazola@sgrlaw.com
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
(904) 598-6110 (Telephone)
(904) 598-6210 (Facsimile)
*Attorneys for Plaintiff, Presidio Networked Solutions, LLC*